IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 2:18-CR-0011- JRG-RSP |
| | § | |
| CODY GARRETT BAILEY | § | |

**REPORT AND RECOMMENDATION OF**
**THE UNITED STATES MAGISTRATE JUDGE**

On October 19, 2023, hearing on the Government's petition (#89) to revoke supervised release. The Government was represented by Assistant United States Attorney Dustin Frahnak. The Defendant, Cody Garrett Bailey, was represented by Scott Rectenwald.

Cody Garrett Bailey was sentenced on August 14, 2019, before The Honorable Rodney Gilstrap of the Eastern District of Texas after pleading guilty to the offense of Possession with Intent to Distribute and Distribution of Five Grams or More of Methamphetamine (Actual), and Aiding and Abetting, a Class B felony. This offense carried a statutory maximum imprisonment term of 40 years. The guideline imprisonment range, based on a total offense level of 21 and a criminal history category of I, was 37 to 46 months. Cody Garrett Bailey was subsequently sentenced to 46 months imprisonment to be followed by a 5-year term of supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure, substance abuse treatment and testing, and obtain high school equivalency certificate. On June 24, 2022, Cody Garrett Bailey completed his period of imprisonment and began service of the supervision term.

On March 29, 2023, Cody Garrett Bailey's term of supervised release was revoked and he was sentenced to a term of imprisonment of eight months to be followed by a two-year term of supervised release, with the first six months to be spent at a local residential reentry center. On

September 13, 2023, he completed his period of imprisonment and began his term of supervised release.

On September 22, 2023, this petition to revoke was filed. In its petition, the Government alleges the Defendant violated the following conditions:

1) **Standard:** You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment unless the probation officer instructs you to report to a different probation office or within a different time frame. Specifically, the Government alleges as follows: Cody Garrett Bailey failed to report to the probation office as instructed on September 14, 2023, and September 21, 2023.

The Court scheduled a revocation hearing for October 19, 2023. At the hearing on the Government's petition, and after consenting to the undersigned taking the plea, the Defendant pled true to the allegation as set forth above. Based on the Defendant's plea of true to the allegation, and with no objection by the Defendant or the Government, the undersigned found that the Defendant did violate conditions of his supervised release, as alleged in the U.S. Probation Office's petition.

The undersigned thereafter recommended that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for eight months. Based on the foregoing, it is

**RECOMMENDED** that the Defendant's plea of true to the allegation, as set forth in the Government's petition, be **ACCEPTED**. Based upon the Defendant's plea of true to the allegation, it is further recommended that the Court find that the Defendant violated the conditions of his supervised release. It is further

**RECOMMENDED** that the Defendant's supervised release be **REVOKED**. It is

further **RECOMMENDED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for eight months with no further supervision to follow.

At the close of the October 19, 2023, revocation hearing, Defendant, defense counsel, and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in this report, consenting to revocation of supervised release as recommended herein and to the imposition of the above sentence. Defendant also waived his right to be present and speak before the District Judge imposes the recommended sentence. Therefore, the Court may act on the findings and recommendation immediately.

**SIGNED this 19th day of October, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE